## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ERIC LEVAR ADAMS, ) | |
| ) | |
| Petitioner, ) | |
| ) | 2:21-cv-00139-GZS |
| v. ) | Docket no. 2:16-cr-00063-GZS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

### ORDERING AFFIRMING RECOMMENDED DECISON

On February 28, 2022, the United States Magistrate Judge filed with the Court his Recommended Decision (ECF No. 307). On August 11, 2022, Petitioner filed his Objection to the Recommended Decision (ECF No. 319). The Government filed its Response to this Objection (ECF No. 320) on August 26, 2022.

The Court has reviewed and considered both the Objection, along with the entire record. Having made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, the Court concurs with the recommendations of the Magistrate Judge for the reasons set forth in that order. As a result, the Court determines that no further proceedings are necessary with respect to this Recommended Decision.

It is therefore **ORDERED** that:

1. The Recommended Decision (ECF No. 307) is hereby **AFFIRMED**.

2. An evidentiary hearing is not warranted under Rule 8 of the Rules Governing Section 2255 cases.

3.  Petitioner's Motion for habeas relief pursuant to 28 U.S.C. § 2255 (ECF No. 286) is hereby **DENIED**.

A certificate of appealability pursuant to Rule 11 of the Rules Governing Section 2255 Cases is hereby **DENIED** because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

      /s/ George Z. Singal  
      United States District Judge

Dated this 29th day of August, 2022.